IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>Property located at 206 MT Highway 212, Dixon, Montana 59831, all outbuildings and vehicles on the property, and the person of Eric Oritz | MJ-26-58-M-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned,

together with a copy of the certified inventory of the property seized, to the

undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 21st day of April, 2026.

_____
Honorable Kathleen L. DeSoto
United States Magistrate Judge